UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JOSEPH C. HARRIS (#118642)**                           CIVIL ACTION

**VERSUS**

**JAMES LeBLANC, SECRETARY, ET AL.**                     NO. 14-0112-JJB-RLB

## ORDER

This matter comes before the Court on the plaintiff's Motion to Dismiss (Rec. Doc. 4), which the Court interprets to be a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Under this Rule, the filing of a Notice of Voluntary Dismissal effects a dismissal of the proceeding without further action by the Court, *see Perkins v. Johnson*, 118 Fed. Appx. 824 (5th Cir. 2004) (recognizing that "[u]nder Fed.R.Civ.P. 41(a), the voluntary dismissal of an action completely terminates the litigation, without further order by the district court").  Accordingly,

**IT IS ORDERED** that the plaintiff's Motion to Dismiss (Rec. Doc. 4) be and it is hereby interpreted to be a Notice of Voluntary Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and the Clerk of Court is directed to terminate this action on the Court's Docket.

Baton Rouge, Louisiana, this 1st day of April, 2014.

_____
**JAMES J. BRADY**
**UNITED STATES DISTRICT JUDGE**